RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _5_/_8_/_06_
_GB_

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOANN GRAHAM, ET AL, | ) | CIVIL ACTION NO: 11,053 |
| Plaintiff | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | JUDGE MELANÇON |
| Plaintiff-Intervenor | ) | |
| | ) | |
| VERSUS | ) | |
| | ) | |
| EVANGELINE PARISH SCHOOL | ) | |
| BOARD, ET AL | ) | |
| Defendants | ) | |
| | ) | |
| In the Matter of Wayne Dardeau | ) | |
| | ) | |

## FINDINGS OF THE COURT

This matter came before this Court on April 11, 2006. Present were Donald W.

Washington, United States Attorney, Katherine W. Vincent, Assistant United States Attorney,

Wayne Dardeau, Evangeline Parish School Board (EPSB) member and Lamont Domingue,

counsel for Dardeau.

The parties announced that Mr. Dardeau wished to waive his right to an adversarial

evidentiary hearing on the issue of civil contempt and wished to present a recommendation to the

Court on the issue and remedy for Dardeau's civil contempt of court.

The Government introduced the following exhibits which were admitted into evidence

without objection:

Exhibit A: Motion of EPSB for Authorization to Implement School Reorganization Plan

(doc. #111).

Exhibit B: EPSB, School Reorganization Plan dated March 1, 2004.

Exhibit C: Order signed by United States District Judge Tucker L. Melançon on March 25, 2004 granting the EPSB's Motion to Implement the School Reorganization Plan (document #134).

Exhibit D: Statements provided to the FBI by the following individuals: Rayford Fontenot, EPSB Superintendent, with a copy of a page from Fontenot's personal diary/calendar; Jackie Wyble, secretary to the EPSB superintendent; Tom Ardoin, EPSB Deputy Administrator of Operations; Glen Lafleur, Evangeline Central High School Principal; Tony Tremie, EPSB welding instructor; Lee Richard, employee of the EPSB; Gene Deranger, employee of the EPSB; Marvelyn Harris, Pine Prairie High School Principal; Janice Landreneau, EPSB Administrator; Peggy Foreman, EPSB member; Toni Hamlin, EPSB Child Welfare Supervisor; Kevin West, former teacher at Pine Prairie High School; and Wayne Dardeau.

The parties stipulated that the exhibits contained the substance of the testimony of the persons giving the statements should those persons be called to testify.

Exhibit E: A calculation of the monetary loss sustained by the ESPB in hourly wages and fuel caused by Dardeau's actions constituting civil contempt ($431).

Dardeau waived an adversarial evidentiary hearing and acknowledged to the Court that his actions on August 12, 2005 violated the Court's (J. Melançon) order of March 25, 2004.

The Court amended its Order dated March 15, 2006 ordering Wayne Dardeau to appear before Chief Judge Richard T. Haik, Sr. and "show cause why he should not be held in civil contempt of the Superceding Consent Decree issued by Judge Tucker L. Melançon on the 28th day of June, 2001" to reflect that Wayne Dardeau appear and show cause why he should not be

held in civil contempt "of the Order issued by Judge Tucker L. Melançon on March 25, 2004" (doc. #135 adopting the EPSB's reorganization plan).

Considering the evidence and the stipulation by counsel, THIS COURT MAKES THE FOLLOWING FINDINGS:

1. On March 24, 2004 in this school desegregation lawsuit, Judge Tucker L. Melançon granted the EPSB's Motion for Authorization to Implement School Reorganization. This Reorganization Plan constituted the Board's plan to desegregate its schools in compliance with *Brown v. Board of Education,* 349 U. S. 294 (1955). Implementation of the reorganization plan required equipment and educational materials located in various schools to be transferred or moved to different schools within Evangeline Parish.

2. Implementation of the school reorganization plan required the establishment of "an alternate route for at-risk students who are in danger of dropping out of school." According to the reorganization plan, the alternate school would be housed at the ACE school site (or the former Evangeline Central High School). In furtherance of the plan authorized by the Court, EPSB personnel planned to move welding equipment from Pine Prairie High School, a school within Dardeau's EPSB district, to the alternative program housed at the ACE school site for at-risk students. On August 12, 2004, and prior to the first day of the school year, Dardeau appeared at Pine Prairie High School and caused the transfer of the welding equipment to be discontinued. The transfer of the equipment was delayed but was later moved after the 2005-06 school year began.

3. Wayne Dardeau's actions taken on August 12, 2004 impeded the implementation of the school reorganization plan which the Court authorized by order dated March 25, 2004.

4. On April 4, 2005, this Court found Wayne Dardeau in civil contempt for violating the Superceding Consent Decree entered in this desegregation lawsuit and this Court did not impose a sanction due to mitigating circumstances present at that time.

Signed this ___ day of _____, 2006.

Richard T. Haik, Sr.
United States District Judge, Chief Judge

COPY SENT
DATE 5/8/06
BY GB
TO TLM
PJ

4



*United States Attorney*
*Western District of Louisiana*

**RECEIVED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  5 , 8 , 06
        GL

| *United States Courthouse* | *Branch Office* |
| --- | --- |
| *300 Fannin Street, Suite 3201* | *United States Courthouse* |
| *Shreveport, Louisiana 71101-3068* | *800 Lafayette Street, Suite 2200* |
| *318-676-3600* | *Lafayette, Louisiana 70501-6832* |
| | *337-262-6618* |
| | *CIVIL FAX 337-262-6693* |

May 5, 2006

**_Hand-Delivered_**

Chief Judge Richard T. Haik
United States District Court
800 Lafayette Street, Suite 4200
Lafayette, LA 70501

   RE: Joann Graham, et al and United States v.
     Evangeline Parish School Board, et al
     Civil Action No: 11,053

Dear Judge Haik:

  Please find enclosed the proposed Findings of the Court and Judgment that have been
approved by Lamont Domingue, counsel for Wayne Dardeau.

  If you have any questions, please call me at 262-6618.

       Sincerely,

       DONALD W. WASHINGTON
       United States Attorney

   BY: KATHERINE W. VINCENT
      Chief, Civil Division
      Lafayette Branch Office - (337) 262-6618

KWV/dda
Enclosures

cc: Lamont P. Domingue, Esq. (via facsimile)